## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02506-EWN

MUHAMMED ATIQ JAVED, and
ARSHIA JAVED

    Plaintiffs,

v.

ALBERTO GONZALES, Attorney General of The United States,
MICHAEL CHERTOFF, Secretary for the Department of Homeland Security,
EMILIO T. GONZALEZ, Director for Citizenship and Immigration Service,
MARIO ORTIZ, District Director for the Denver Citizenship and Immigration Service District,
ROBERT S. MUELLER, III, Director Federal Bureau of Investigations,

    Defendants.

---

## TEMPORARY ORDER

---

The parties came before the Court on January 5, 2007. Plaintiffs' Complaint seeks adjudication of their request for various forms of immigration benefits that are pending. Defendants anticipate filing a Motion to Dismiss the Complaint. Until this case is finally resolved or the Federal Bureau of Investigations ("FBI") completes Plaintiffs' name checks *and* the United States Citizenship and Immigration Services ("USCIS") adjudicates each pending application of these Plaintiffs, whichever happens earlier, the Court hereby ORDERS, ADJUDGES and DECREES that USCIS shall grant Plaintiff

Muhammed Atiq Javed temporary or interim employment authorization for his employment with the Veteran's Administration Medical Center ("VAMC") and with the University of Colorado Health and Sciences Center ("UCHSC"). Mr. Javed's temporary or interim employment authorization with the VAMC and UCHSC shall remain in effect until this case is resolved, the Federal Bureau of Investigations completes Plaintiffs' name checks *and* the United States Citizenship and Immigration Services adjudicates each pending application of these Plaintiffs, or further order of the Court. USCIS will take whatever action is necessary to effectuate the Court's Order no later than January 31, 2006. 7

This Order in no way commits the FBI or USCIS to a substantive result regarding the name-check or the pending applications.

DATED this __5__ day of __January__, 2007.

BY THE COURT:

_____
United States District Court