# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-02506-EWN

MUHAMMED ATIQ JAVED (A# 77 761 842),
ARSHIA JAVED,

    Plaintiffs,

v.

ALBERTO GONZALES, Attorney General of The United States,
MICHAEL CHERTOFF, Secretary for the Department of Homeland Security,
EMILIO T. GONZALEZ, Director for Citizenship and Immigration Service,
MARIO ORTIZ, District Director for the Denver Citizenship and Immigration
Service District, ROBERT S. MUELLER, III, Director, Federal Bureau of Investigation,

    Defendants.

## ORDER OF DISMISSAL

    Pursuant to the Parties' Stipulated Motion to Dismiss all claims by Muhammed Atiq Javed and Arshia Javed in the above referenced action, it is therefore:

    ORDERED, ADJUDGED and DECREED that the claims of Muhammed Atiq Javed and Arshia Javed are dismissed.  Each party will bear its own costs and attorneys' fees.  The parties are also discharged from having to file any further Status Report by June 20, 2007 (Docket 21).

    DATED this 19th day of June, 2007.

                                                  BY THE COURT:

                                                  s/ Edward W. Nottingham
                                                  Chief United States District Judge